UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 06-22358-CIV-MARTINEZ-BANDSTRA

MICHELLE RANDOLPH,

    Plaintiff,

vs.

BAPTISTE BARON, HAROLD FRANCIS, and
CARNIVAL DESTINY CRUISE LINES,

    Defendants.
_____/

**NOTICE OF VIOLATION OF LOCAL RULES 5.1 AND 7.7**

    THIS MATTER is before the Court upon a letter dated November 30, 2006 from a Mr. Robert Hensler, Esq., which was directed to chambers. That letter notes that a recently filed Motion for Summary Judgment in the instant case is "virtually identical" to a motion that was "filed and denied" by the District Court for the District of New Jersey. That letter also includes a Response Memorandum, which was purportedly filed in response to a motion for summary judgment in this case when it was pending in the District of New Jersey. Local Rule 5.1 governs filings and requires, *inter alia*, that all materials be submitted in the proper format. Materials submitted in letter format will not be accepted by the Clerk's office and cannot be made part of the record. Local Rule 7.1 specifically prohibits correspondence to the Court in letter format.

    Accordingly, the letter dated November 30, 2006 is being returned to Mr. Hensler and will not be made part of the record, nor will it be considered by the Court. Furthermore, this Court notes that this letter does not constitute a response to the pending motion for summary judgment.

    DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of December, 2006.

                                                      _____
                                                      JOSE E. MARTINEZ
                                                      UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record