UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number:  06-22358-CIV-MARTINEZ-BANDSTRA

MICHELLE RANDOLPH,

    Plaintiff,

vs.

BAPTISTE BARON, HAROLD FRANCIS, and
CARNIVAL DESTINY CRUISE LINES,

    Defendants.
_____/

## ORDER TO SHOW CAUSE

    Rule 7.1C of the Local Rules of the United States District Court for the Southern District of Florida provides that each party opposing a motion shall file and serve an opposing memorandum of law not later than ten (10) days after the motion is filed, and that failure to do so may be deemed sufficient cause for granting the motion by default.

    The record reflects that on November 9, 2006 Defendant filed a Motion for Summary Judgment (D.E. No. 6).  The time to respond under the rules has passed and, to date, no response has been filed.  Furthermore, this Court notes that Mr. Robert Hensler, Esq.'s office is located in New Jersey.  There is no explicit indication in the record whether or not Mr. Hensler has been admitted to the Southern District of Florida.  However, a recent violation of Local Rules 5.1 and 7.7, as noted in a recent order from this Court, suggests that Mr. Hensler is not admitted to the Southern District of Florida.  No motion to appear *pro hac vice* appears in the record.  It is, therefore

    ORDERED AND ADJUDGED that

    1. On or before Friday, December 8, 2006 at 4:00 p.m.  Plaintiff shall file a response to the motion or show cause in writing why the Motion for Summary Judgment should not be granted by default.  Failure to file a response or show cause as required by this Order will result in the Motion for Summary Judgment being granted by default.

    2.  In the event that Mr. Hensler is not admitted to the Southern District of Florida, he must take appropriate actions to file a motion to appear *pro hac vice*, consistent with Southern District of Florida's Local Rules, specifically Special Rule 4.

    DONE AND ORDERED in Chambers at Miami, Florida, this 5th day of December, 2006.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Bandstra
All Counsel of Record